UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:05-CR-246-T-26TGW
8 U.S.C. § 1326(a) and (b)(2)

JAMES WATSON,
   a/k/a James Hebbert

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about May 24, 2005, at St. Petersburg, Pinellas County, in the Middle District of Florida,

JAMES WATSON,
a/k/a James Hebbert,

defendant herein, being an alien of the United States who previously had been convicted of the felony offenses of Criminal Sale of a Controlled Substance in the Third Degree: Case No. N10088-96, on or about April 10, 1997; and Case No. N10352-94, on or about April 10, 1997; both in the New York State Supreme Court, Queens County; and was thereafter arrested and deported from the United States on or about October 1, 1998, and who had not received the consent of the Attorney General of the United States and the Secretary for the Department of Homeland Security to re-apply for admission, was found to be voluntarily in the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

*[signature]*
FOREPERSON

PAUL I. PEREZ
United States Attorney

By: *[signature]*
DONALD L. HANSEN
Assistant United States Attorney

*[signature]*
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, Special Prosecutions Section